**United States Bankruptcy Court**
**Northern District of Georgia, Atlanta Division**

| | |
|---|---|
| **IN RE:** | Case No. _____ |
| **Bond, Christian M.** | Chapter **13** |
| Debtor(s) | |

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS
## FOR INDIVIDUALS OR JOINT DEBTORS

1. In accordance with Fed. R. Bankr. P. 1006, and General Order No. 16-2013 (Bankr. N.D. GA.), I apply for permission to pay the filing fee amounting to $ **310.00** in no more than three (3) installments. I understand that if I fail to pay any fee installment when due my bankruptcy case may be dismissed without opportunity for hearing, pursuant to General Order 16-2013.

2. I am unable to pay the filing fee except in installments.

3. I certify that I will neither make any further payment nor transfer any property for services in connection with this case until the filing fee is paid in full.

4. I propose the following terms for the payment of the filing fee.

   - First Installment of $ **75.00**, with the filing of the Petition.
   - Second Installment of at least one- half of the unpaid balance of the filing fee in the amount of $ **117.00**, on or before 30 days from the date the bankruptcy petition was filed.
   - Final Installment of the remaining unpaid balance of the filing fee in the amount of $ **118.00**, on or before 60 days from the date the petition was filed.

5. **I understand that if I fail to pay any fee installment when due my bankruptcy case may be dismissed without opportunity for hearing, pursuant to General Order 16-2013.**

| | | | |
|---|---|---|---|
| */s/ Charles E. Taylor* | 10/29/15 | */s/ Christian M. Bond* | 10/29/15 |
| Signature of Attorney | Date | Signature of Debtor | Date |
| | | (In a joint case, both spouses must sign.) | |
| | | | |
| **Charles E. Taylor 699681** | | | |
| Name of Attorney | | Signature of Joint Debtor (if any) | Date |

(Application to Pay Filing Fee in Installments for ALL Chapters - Revision Date December 2013)