**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Atlanta Division**

In Re:  Debtor(s)
       **Christian M. Bond**                  Case No.: **15–70776–jrs**
                                                        Chapter:  **13**

# ORDER GRANTING APPLICATION TO PAY FILING FEE IN INSTALLMENTS FOR INDIVIDUALS OR JOINT DEBTORS

    Debtor or Debtors (hereinafter Debtors) has filed an application to pay the filing fee in three installments, but did not remit in full the initial payment due at the time of filing. Accordingly, it is ORDERED that:

    1. Debtor's application is granted, **provided that Debtor shall pay the balance due on the initial filing fee installment payment, in the amount of $75.00 by November 6, 2015.** If Debtor fails to pay timely this initial filing fee installment, Debtor's case will be dismissed without further notice or opportunity for hearing.

**For payments by mail, remit using cashier's check, money order or attorney's check made payable to "Clerk, United States Bankruptcy Court" to the address listed below:**

                **United States Bankruptcy Court**
                **1340 Richard Russell Building**
                **75 Ted Turner Drive, SW**
                **Atlanta, GA 30303**

**For payments made by hand delivery to a divisional office in Gainesville, Newnan or Rome, note that cash is not accepted. You must remit using cashier's check, money order or attorney's check. The Atlanta divisional office will accept these forms of payment as well as cash.**

    2. If the Debtor remits the initial installment in full, debtor shall pay an amount not less than one–half of the unpaid balance of the filing fee as the second installment within 30 days of the petition date; and Debtor shall pay the remaining unpaid balance of the filing fee as the final installment within 60 days of the petition date:

   Second installment of **$117.00** on or before **November 30, 2015 .**
   Final installment of **$118.00** on or before **December 28, 2015.**

    3. Failure by Debtor to pay timely the second or final installment will result in dismissal of the case without opportunity for hearing.

    4. In accordance with Bankruptcy Rule 1006(b)(3), until the filing fee is paid in full, Debtor shall not pay, and no person shall accept, any money for services in connection with Debtor's case, and Debtor shall not relinquish, and no person shall accept, any property as payment for services in connection with this case.

    The Clerk will serve this Order on Debtor, Debtor's counsel, and Trustee.

  **SO ORDERED,** on October 30, 2015 .

*James R. Sacca* (signature)

James R. Sacca
United States Bankruptcy Judge

Form 307 (7–Day Order Granting Application to Pay Filing Fee in Installments of Individual Chapter 7, 11, 12, or 13 cases. – Revised June, 2015)

United States Bankruptcy Court
Northern District of Georgia

In re:  
Christian M. Bond  
     Debtor

Case No. 15-70776-jrs  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 113E-9     User: ggd     Page 1 of 1     Date Rcvd: Oct 30, 2015  
                        Form ID: 307     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2015.  
db          Christian M. Bond,    210 Fairclift Dr,    Covington, GA   30016-1237  
aty        +Charles E. Taylor,    Law Office of Charles E. Taylor,    Suite 101,    778 Rays Road,    Stone Mountain, GA 30083-3107  
tr         +Nancy J. Whaley,    Nancy J. Whaley, 13 Trustee,    Suite 120,    303 Peachtree Center Avenue,    Atlanta, GA 30303-1286

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2015                                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2015 at the address(es) listed below:  
         Charles E. Taylor    on behalf of Debtor Christian M. Bond lawtaylor@bellsouth.net  
           Nancy J. Whaley    ecf@njwtrustee.com  
                                                                                           TOTAL: 2