**UNITED STATES BANKRUPTCY COURT**, Northern District of Georgia
Atlanta Division
1340 Russell Federal Building
75 Spring Street, SW
Atlanta, GA 30303
www.ganb.uscourts.gov

In Re:
    **Christian M. Bond**

Case No.: **15–70776–jrs**
Chapter: **13**
Judge: **James R. Sacca**

# *NOTICE OF DEADLINE(S) TO CORRECT FILING DEFICIENCY(IES)*

NOTICE IS HEREBY GIVEN TO THE DEBTOR that the above referenced case, which was filed on 10/29/15, contains one or more filing deficiencies which must be corrected. Deficiencies in the items listed below may include failure to file the document, failure to sign the document or failure to submit the document on a form that substantially conforms to the Official Bankruptcy Form. Links to all required Official Bankruptcy Forms and AO Director's national forms and to local rules, forms, instructions and guidelines are on the court website www.ganb.uscourts.gov. Failure to correct a deficiency on or before the deadline(s) shown below **may result in dismissal of this case without further notice or opportunity for hearing.**

**To be filed by 11/05/15**
Signed Form B21 (Statement of Social Security Number or Individual Taxpayer Identification Number)

**To be Filed by 11/12/15**
Statement of Financial Affairs (Official Form B7)
Schedules A thru J (Official Forms B6A – B6J)
Summary of Schedules (Official Form B6), Page 1
Statistical Summary of Certain Liabilities (Official Form B6)
Declaration Concerning Debtor's Schedules (Official Form B6)
Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form B 22 C 1) and/or Chapter 13 Calculation of Your Disposable Income (Form B22 C 2)
Chapter 13 Plan, complete with signatures
Certificate of Credit Counseling
Pay Advices: (A) Copies of Pay Stubs (or other evidence of payment) received from any employer within 60 days prior to filing or alternatively (B) a Statement signed by the Debtor certifying within 60 days prior to filing, the debtor did not receive pay stubs from any employer and was either Unemployed, self–employed or other explanation.

**To be filed by 11/28/15**
None Apply

**Failure to timely file missing documents or correct deficiencies may result in the dismissal of your bankruptcy case without further notice or opportunity for hearing.**

Dated: 10/30/15

M. Regina Thomas
Clerk of Court

Form 430a December 2014

By: Ginny G. Davis
    Deputy Clerk

United States Bankruptcy Court
Northern District of Georgia

In re:   Case No. 15-70776-jrs
Christian M. Bond   Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 113E-9   User: ggd   Page 1 of 1   Date Rcvd: Oct 30, 2015
                    Form ID: 430a   Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2015.
db           Christian M. Bond,   210 Fairclift Dr,   Covington, GA   30016-1237
aty         +Charles E. Taylor,   Law Office of Charles E. Taylor,   Suite 101,   778 Rays Road,    Stone Mountain, GA 30083-3107
tr          +Nancy J. Whaley,   Nancy J. Whaley, 13 Trustee,   Suite 120,   303 Peachtree Center Avenue,    Atlanta, GA 30303-1286

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2015                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 30, 2015 at the address(es) listed below:
        Charles E. Taylor   on behalf of Debtor Christian M. Bond lawtaylor@bellsouth.net
           Nancy J. Whaley    ecf@njwtrustee.com
    TOTAL: 2