# EARNINGS STATEMENT (US)

HOME DEPOT U.S.A., INC.
STORE SUPPORT CENTER
2455 PACES FERRY ROAD
ATLANTA, GA 30339

PAY PERIOD BEGIN: 10/26/2015
PAY PERIOD END: 11/08/2015
ADVICE DATE: 11/13/2015
ADVICE NUMBER: 048618913

ASSOCIATE NAME: CHRISTIAN BOND
ASSOCIATE ID: 119341444

| | TAX STATUS | NUMBER EXEMPT | ADD'L W/H | | |
|---|---|---|---|---|---|
| FICA-MED | | 0 | .00 | GROSS WAGES: | 801.60 |
| U.S. FICA | | 0 | .00 | NET WAGES: | 564.49 |
| FED INC TX | S | 0 | .00 | NET PAY: | 564.49 |
| GEORGIA | S | 0 | .00 | | |

## GROSS WAGES

| DESCRIPTION | RATE | HOURS | CURRENT | YEAR-TO-DATE |
|---|---|---|---|---|
| REGULAR | 10.02 | 76.00 | 751.50 | 15802.45 |
| TOTAL WORKED HOURS: | | 76.00 | | |
| PERSONAL | 10.02 | 5.00 | 50.10 | 434.35 |
| BEREAVEMNT | .00 | .00 | .00 | 234.00 |
| S SHARING | .00 | .00 | .00 | 150.00 |
| HOLIDAY | .00 | .00 | .00 | 314.16 |
| VACATION | .00 | .00 | .00 | 200.40 |
| SICK | .00 | .00 | .00 | 39.00 |
| TOTAL GROSS WAGES: | | | 801.60 | 17174.36 |

## REIMBURSEMENTS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| EXP REIMB | .00 | 14.40 |
| TOTAL: | .00 | 14.40 |

## PRE TAX DEDUCTIONS, CREDITS AND OTHER COMPENSATION/BENEFITS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| | | |

## AFTER TAX DEDUCTIONS

| DESCRIPTION | CURRENT | YEAR-TO-DATE |
|---|---|---|
| HOMER FUND | -1.00 | -23.00 |
| ROTH CONTR | -40.08 | -398.22 |
| STD | -8.00 | -136.00 |
| LTD | -2.00 | -34.00 |

1