| AFTER TAX DEDUCTIONS | | | |
|---|---|---|---|
| VOL LIFE | | .00 | -11.54 |
| STD | | .00 | -24.50 |
| TOTAL: | | -51.08 | -627.26 |

| TAXES | | | |
|---|---|---|---|
| DESCRIPTION | CURRENT | | YEAR-TO-DATE |
| FICA-MED | | -11.62 | -249.03 |
| U.S. FICA | | -49.70 | -1064.81 |
| FED INC TX | | -89.23 | -1283.97 |
| GEORGIA | | -35.48 | -728.01 |
| TOTAL: | | -186.03 | -3325.82 |

| ACCOUNT NUMBER | TRANSIT | ABA | AMOUNT |
|---|---|---|---|
| ********8104 | 0610 | 00052 | 564.49 |

| PHONE | EMAIL | WEBSITE | IMPORTANT NOTES |
|---|---|---|---|
| 1-866-MYTHDHR (698-4347) | MYTHDHR@HOMEDEPOT.COM | WWW.MYTHDHR.COM | |