UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| CHRISTIAN M. BOND | : | CASE NUMBER A15-70776-JRS |
| DEBTOR | : | |

## CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION AND MOTION TO DISMISS CASE

COMES NOW, Nancy J. Whaley the Standing Chapter 13 Trustee herein, and objects to Confirmation of the plan for the following reasons:

1.

Debtor has failed to attend the 11 U.S.C. Section 341 hearing.

2.

The Debtor's payments under the proposed plan are not current, thus indicating that this plan is not feasible.  11 U.S.C. 1325(a)(6)

3.

The Debtor has proposed to make payments directly to the Trustee but should be required to have them remitted by payroll deduction.

4.

The Debtor has failed to provide to the Trustee a copy of his 2014 tax return filed with Internal Revenue Service in violation of 11 U.S.C. Section 521(e)(2)(A).

5.

The Debtor has failed to file the sixty (60) days of pay advices pursuant to 11 U.S.C. Section 521(a)(1).

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny Confirmation of the Debtor's plan and dismiss the case.

Respectfully Submitted,

/s/_____
Maria J. Kirtland, Attorney for Chapter 13 Trustee
GA Bar No. 118350
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA  30303
(678) 992-1201

*/ds*

# CERTIFICATE OF SERVICE

Case No: A15-70776-JRS

This is to certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Objections to Confirmation by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

**Debtor(s):**
CHRISTIAN M. BOND
210 FAIRCLIFT DR
COVINGTON, GA  30016-1237

**Attorney for the Debtor(s):**
LAW OFFICE OF CHARLES E. TAYLOR
778 RAYS ROAD
SUITE 101
STONE MOUNTAIN, GA  30083

This the 23rd day of December, 2015.

/s/_____
   Maria J. Kirtland
   Attorney for the Chapter 13 Trustee
   State Bar No. 118350
   303 Peachtree Center Avenue, NE
   Suite 120
   Atlanta, GA 30303
   678-992-1201