**IT IS ORDERED as set forth below:**



**Date: December 28, 2015**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| CHRISTIAN M. BOND, | ) | CASE NO. 15-70776-jrs |
| | ) | |
| Debtor. | ) | |
| KAHLIL GROSS | ) | |
|  Movant, | ) | CONTESTED MATTER |
| vs. | ) | |
| CHRISTIAN M. BOND, Debtor and NANCY J. WHALEY, Trustee, | ) | |
|  Respondents. | ) | |

**ORDER GRANTING MOTION FOR RELIEF FROM STAY**

The above-styled Motion was called for a hearing on December 8, 2015, upon Notice of Hearing to each of the above-captioned parties of interest. The Motion was unopposed by the Debtor, the Trustee and any other interested party. Accordingly:

**IT IS HEREBY ORDERED** that the 11USC §362(a) automatic stay is modified for Movant herein, their successors, and assigns, regarding the real property located at 210 Fairclift Drive, Covington, GA 30016.

**FURTHER ORDERED** that Movant, their successors and assigns, may assert their rights, including, but not limited to, the resumption, initiation, and completion of an action for eviction, the collection of reasonable fees, and may assert all of their respective rights and remedies under the applicable law, as to the real property located at 210 Fairclift Drive, Covington, GA 30016. Notwithstanding the broad language in this paragraph, the stay is modified only to permit Movant to resume, initiate, and complete an action for eviction and recover possession of their real property, and not to collect any debt discharged or dischargeable in this case.

**FURTHER ORDERED** that the provisions of Bankruptcy Rule 4001(a)(3) are waived.

[END OF DOCUMENT]


PREPARED AND PRESENTED BY:


/s/ Shannon D. Sneed
Shannon D. Sneed, Bar No. 665610
SHANNON D. SNEED & ASSOCIATES, P.C.
P.O. Box 1245
2112 Lee Street
Covington, Georgia 30015
(770) 788-0011 *Telephone*
(770) 788-1702 *facsimile*
bankruptcy@sneedlaw.net
*Attorneys for Kahlil Gross*

NO OPPOSITION:

s/ Eric W. Roach  BY EXPRESS PERMISSION
Eric W. Roach, Ga. Bar No.  143194
Attorney for Nancy J. Whaley, Esq.
Standing Chapter 13 Trustee
Suite 120,Suntrust Plaza Garden
303 Peachtree Center Avenue
Atlanta, GA 30303

DISTRIBUTION LIST

Shannon D. Sneed
P.O. Box 1245
2112 Lee Street
Covington, GA 30015

Charles E. Taylor
Attorney for Debtor
Law Office of Charles E. Taylor
Suite 101, 778 Rays Road
Stone Mountain, GA 30083

Christian M. Bond
210 Fairclift Drive
Covington, GA 30016

Nancy J. Whaley
Chapter 13 Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303