IT IS ORDERED as set forth below:



Date: December 28, 2015

_____
James R. Sacca
U.S. Bankruptcy Court Judge

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| CHRISTIAN M. BOND, | ) | CASE NO. 15-70776-jrs |
| | ) | |
| Debtor. | ) | |
| KAHLIL GROSS | ) | |
| Movant, | ) | CONTESTED MATTER |
| vs. | ) | |
| CHRISTIAN M. BOND, Debtor | ) | |
| and NANCY J. WHALEY, Trustee, | ) | |
| Respondents. | ) | |

### ORDER GRANTING MOTION FOR RELIEF FROM STAY

The above-styled Motion was called for a hearing on December 8, 2015, upon Notice of Hearing to each of the above-captioned parties of interest. The Motion was unopposed by the Debtor, the Trustee and any other interested party. Accordingly:

**IT IS HEREBY ORDERED** that the 11USC §362(a) automatic stay is modified for Movant herein, their successors, and assigns, regarding the real property located at 210 Fairclift Drive, Covington, GA 30016.

**FURTHER ORDERED** that Movant, their successors and assigns, may assert their rights, including, but not limited to, the resumption, initiation, and completion of an action for eviction, the collection of reasonable fees, and may assert all of their respective rights and remedies under the applicable law, as to the real property located at 210 Fairclift Drive, Covington, GA 30016. Notwithstanding the broad language in this paragraph, the stay is modified only to permit Movant to resume, initiate, and complete an action for eviction and recover possession of their real property, and not to collect any debt discharged or dischargeable in this case.

**FURTHER ORDERED** that the provisions of Bankruptcy Rule 4001(a)(3) are waived.

[END OF DOCUMENT]

PREPARED AND PRESENTED BY:

/s/ Shannon D. Sneed
Shannon D. Sneed, Bar No. 665610
SHANNON D. SNEED & ASSOCIATES, P.C.
P.O. Box 1245
2112 Lee Street
Covington, Georgia 30015
(770) 788-0011 *Telephone*
(770) 788-1702 *facsimile*
bankruptcy@sneedlaw.net
*Attorneys for Kahlil Gross*

NO OPPOSITION:

s/ Eric W. Roach  BY EXPRESS PERMISSION
Eric W. Roach, Ga. Bar No.  143194
Attorney for Nancy J. Whaley, Esq.
Standing Chapter 13 Trustee
Suite 120,Suntrust Plaza Garden
303 Peachtree Center Avenue
Atlanta, GA 30303

DISTRIBUTION LIST

Shannon D. Sneed
P.O. Box 1245
2112 Lee Street
Covington, GA 30015

Charles E. Taylor
Attorney for Debtor
Law Office of Charles E. Taylor
Suite 101, 778 Rays Road
Stone Mountain, GA 30083

Christian M. Bond
210 Fairclift Drive
Covington, GA 30016

Nancy J. Whaley
Chapter 13 Trustee
Suite 120
303 Peachtree Center Avenue
Atlanta, GA 30303

United States Bankruptcy Court
Northern District of Georgia

In re:
Christian M. Bond
    Debtor

Case No. 15-70776-jrs
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 113E-9        User: howellgn        Page 1 of 1        Date Rcvd: Dec 29, 2015
                        Form ID: pdf401      Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2015.
db           Christian M. Bond,   210 Fairclift Dr,   Covington, GA 30016-1237
aty        +Charles E. Taylor,   Law Office of Charles E. Taylor,   Suite 101,   778 Rays Road,
                Stone Mountain, GA 30083-3107
aty        +Shannon D Sneed,   Shannon D. Sneed & Associates PC,   2112 Lee Street,   P. O. Box 1245,
                Covington, GA 30015-1245
tr         +Nancy J. Whaley,   Nancy J. Whaley, 13 Trustee,   Suite 120,   303 Peachtree Center Avenue,
                Atlanta, GA 30303-1286

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2015                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2015 at the address(es) listed below:
          Charles E. Taylor   on behalf of Debtor Christian M. Bond lawtaylor@bellsouth.net
          Nancy J. Whaley   ecf@njwtrustee.com
          Shannon D Sneed   on behalf of Creditor Kahlil  Gross bankruptcy@sneedlaw.net
                                                                                              TOTAL: 3