**UNITED STATES BANKRUPTCY COURT**
Northern District of Georgia
Atlanta Division

In Re:  Debtor(s)
    **Christian M. Bond**

Case No.: **15–70776–jrs**
Chapter: **13**

# NOTICE OF DEFICIENCY REGARDING UNPAID FILING FEES

Notice is hereby given that the Debtor or Debtors (hereinafter "Debtor") is in default on the **final filing fee installment** in this case.

Debtor is hereby notified to pay this installment fee within seven days of the entry of this deficiency notice, that is by **January 11, 2016 .**

**For payments by mail, remit using cashier's check, money order or attorney's check made payable to "Clerk, United States Bankruptcy Court" to the address listed below:**

**United States Bankruptcy Court
1340 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303**

**For payments made by hand delivery to a divisional office in Gainesville, Newnan or Rome, note that cash is not accepted. You must remit using cashier's check, money order or attorney's check. The Atlanta divisional office will accept these forms of payment as well as cash.**

If this filing fee installment is not paid on or before the above date, this case will be dismissed for failure to pay said fee, without further notice or opportunity for hearing.

A copy of this deficiency notice shall be served on Debtor, Debtor's Counsel and Trustee.

Dated:  January 4, 2016 .

M. Regina Thomas
Clerk of Court
U.S. Bankruptcy Court

Form 305f Modified June, 2015

United States Bankruptcy Court
Northern District of Georgia

In re:                                                                Case No. 15-70776-jrs
Christian M. Bond                                                     Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 113E-9           User: lhd              Page 1 of 1                Date Rcvd: Jan 04, 2016
                               Form ID: 305f          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 06, 2016.
db             Christian M. Bond,    210 Fairclift Dr,   Covington, GA  30016-1237
aty           +Charles E. Taylor,    Law Office of Charles E. Taylor,    Suite 101,   778 Rays Road,
                Stone Mountain, GA 30083-3107
tr            +Nancy J. Whaley,    Nancy J. Whaley, 13 Trustee,   Suite 120,   303 Peachtree Center Avenue,
                Atlanta, GA 30303-1286

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2016                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 4, 2016 at the address(es) listed below:
              Charles E. Taylor    on behalf of Debtor Christian M. Bond lawtaylor@bellsouth.net
              Nancy J. Whaley    ecf@njwtrustee.com
              Shannon D Sneed    on behalf of Creditor Kahlil  Gross bankruptcy@sneedlaw.net
                                                                                             TOTAL: 3