## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

CHRISTIAN M. BOND                                    **CASE NO.:** A15-70776-JRS
210 FAIRCLIFT DR
COVINGTON, GA  30016-1237                            **CHAPTER:** 13


### NOTICE CONCERNING YOUR 2015 TAX RETURN AND POTENTIAL MOTION TO DISMISS YOUR CASE

The Trustee requests **a copy of your 2015 Federal Income Tax Return**, including all supporting schedules be provided within thirty (30) days of filing the return or no later than April 30, 2016. Please do this by providing a copy of your return to your bankruptcy attorney so that they may review the return with you and then provide a copy to our office.  If you are not required to file a tax return for 2015, please notify your attorney.

Additionally, the terms of your Chapter 13 Plan may require you to pay your federal tax refund to the Chapter 13 Trustee to be distributed to your creditors. If you are not certain of your requirement, please contact your attorney. **You will need to mail the tax refund money payable to the Chapter 13 Trustee at the address below. Please make a notation that the funds are from your tax refund.** You may also pay online using the Trustee's EPAY system. Go to the website for further information: http://www.njwtrustee.com/debtor-resources/e-pay/.

Failure to comply with the terms of your confirmed plan may result in the filing of a Motion to Dismiss your case. If you have any questions concerning this matter, please contact your bankruptcy attorney.


On the 15th day of January, 2016, this Notice was mailed to the Debtor(s) at the above address by first class mail.


   /s/
Nancy J. Whaley
Standing Chapter 13 Trustee
Bar Number: 377941
Suite 120, Suntrust Garden Plaza
303 Peachtree Center Avenue
Atlanta, GA 30303
678-992-1201