**UNITED STATES BANKRUPTCY COURT**
**Northern District of Georgia**
**Atlanta Division**

In Re:  Debtor(s)
    **Christian M. Bond**

Case No.: **15−70776−jrs**
Chapter:  **13**

# ORDER OF DISMISSAL FOR FAILURE TO PAY FILING FEES

On October 30, 2015 , the Court entered an order authorizing Debtor or Debtors (hereinafter "Debtor") to pay the filing fee in installments, provided that Debtor paid the initial filing fee installment in full; paid the second filing fee installment payment within 30 days of the date the petition was filed; and paid the final filing fee installment payment within 60 days of the date the petition was filed. Debtor failed to pay timely

**the final filing fee installment.**

Debtor was notified of this deficiency and allowed additional time to make the payment.

The Debtor failed to pay timely the required filing fee installment. Accordingly, it is

ORDERED that the above−styled case is **dismissed**.

The Clerk is directed to serve a copy of this Order on Debtor, Debtor's counsel , any Trustee, and all creditors.

**SO ORDERED,** on January 22, 2016 .

*James R. Sacca*
James R. Sacca
United States Bankruptcy Judge

Form 306f1113

United States Bankruptcy Court
Northern District of Georgia

In re:  
Christian M. Bond  
     Debtor

Case No. 15-70776-jrs  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 113E-9        User: benningto        Page 1 of 1        Date Rcvd: Jan 22, 2016  
                         Form ID: 306f1113      Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2016.
```
db              Christian M. Bond,    210 Fairclift Dr,    Covington, GA  30016-1237
aty            +Charles E. Taylor,    Law Office of Charles E. Taylor,    Suite 101,    778 Rays Road,
                 Stone Mountain, GA 30083-3107
tr             +Nancy J. Whaley,    Nancy J. Whaley, 13 Trustee,    Suite 120,    303 Peachtree Center Avenue,
                 Atlanta, GA 30303-1286
19495374       +Alliance Family,    1775 Access Road,    Covington, Georgia 30014-1987
19495377       +American Public University,    111 W. Congress Street,    Charles Town, WV 25414-1621
19495375        Darnell Quick Recovery,    4134 US 278,    Covington, Georgia  30014
19495376       +Georgia Emergency Associates,    1096 Bermuda Run,    Statesboro, Georgia 30458-0858
19495372       +Georgia Power,    241 Ralph McGill Blvd.,    Atlanta, Georgia 30308-3374
19445517        Kahlil Gross,    c/o Lee Staples Realty Co.,    1000 Iris Dr SW,    Conyers, GA  30094-6632
19495373       +Scana Energy,    3344 Peachtree Road, Suite 2150,    Atlanta, Georgia 30326-4808
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19448849         EDI: RECOVERYCORP.COM Jan 22 2016 20:13:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
19595251       +EDI: SECFIN.COM Jan 22 2016 20:13:00      SFC Central Bankruptcy,    PO Box 1893,
                 Spartanburg, SC 29304-1893
                                                                                              TOTAL: 2
```

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2016                                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2016 at the address(es) listed below:
```
              Charles E. Taylor    on behalf of Debtor Christian M. Bond lawtaylor@bellsouth.net
              Nancy J. Whaley    ecf@njwtrustee.com
              Shannon D Sneed    on behalf of Creditor Kahlil  Gross bankruptcy@sneedlaw.net
                                                                                            TOTAL: 3
```