UNITED STATES BANKRUPTCY COURT

Northern District of Georgia

In Re:  Debtor(s)
    **Christian M. Bond**
    210 Fairclift Dr
    Covington, GA 30016−1237

    **xxx−xx−5402**

Case No.: **15−70776−jrs**
Chapter:  **13**
Judge:  **James R. Sacca**

### ORDER APPROVING ACCOUNT, DISCHARGING CHAPTER 13 TRUSTEE AND CLOSING ESTATE

    It appearing that the case of the above−named Debtor(s) was dismissed by Order of this Court, and

    It further appearing that the Chapter 13 Trustee herein has made distribution of all funds paid into the hands of the Trustee by the Debtor(s) and has rendered a full and complete account thereof, and that said Trustee has performed all other duties as required in the administration of said estate; and that said estate has been fully administered,

**IT IS HEREBY ORDERED** that:
1. The account of the Chapter 13 Trustee is allowed and approved;
2. The Chapter 13 Trustee is discharged and relieved of the trust;
3. The estate is closed; and
4. The Clerk shall mail a copy of this order to the Debtor, the attorney for the Debtor(s), and the Trustee.

_/s/ James R. Sacca_

James R. Sacca
United States Bankruptcy Judge

Dated:February 16, 2016

Form 176

United States Bankruptcy Court
Northern District of Georgia

In re:  
Christian M. Bond  
      Debtor

Case No. 15-70776-jrs  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 113E-9     User: goryy     Page 1 of 1     Date Rcvd: Feb 16, 2016  
                           Form ID: 176     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 18, 2016.
```
db              Christian M. Bond,    210 Fairclift Dr,    Covington, GA   30016-1237
aty            +Charles E. Taylor,    Law Office of Charles E. Taylor,    Suite 101,    778 Rays Road,
                 Stone Mountain, GA 30083-3107
tr             +Nancy J. Whaley,    Nancy J. Whaley, 13 Trustee,    Suite 120,    303 Peachtree Center Avenue,
                 Atlanta, GA 30303-1286
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2016                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 16, 2016 at the address(es) listed below:
```
              Charles E. Taylor    on behalf of Debtor Christian M. Bond lawtaylor@bellsouth.net
              Nancy J. Whaley    ecf@njwtrustee.com
              Shannon D Sneed    on behalf of Creditor Kahlil  Gross bankruptcy@sneedlaw.net
                                                                                              TOTAL: 3
```