**UNITED STATES BANKRUPTCY COURT**

Northern District of Georgia

March 15, 2016

**Christian M. Bond**
210 Fairclift Dr
Covington, GA 30016−1237

RE:   Chapter:  13 Payment of Filing Fees
      Case No.: 15−70776−jrs

Dear  Christian M. Bond ,

   A review of the Court's financial records disclosed that there is an outstanding filing fee of $117.00 for the bankruptcy case filed by you on October 29, 2015 . Upon the filing of a bankruptcy case, the debtor is responsible for the entire filing fee, regardless of the disposition of the case. Pursuant to Federal Rules of Bankruptcy Procedure, Rule 1006, the outstanding balance on the filing fee remains payable to the Clerk of Court.

   Please remit the outstanding balance by way of a money order or cashiers check. The payee on the money order or cashiers check is: **Clerk, U.S. Bankruptcy Court**. Do not send cash through the mail, but you may mail a money order or cashiers check to the Clerk. However, you may pay with cash if you elect to appear in person at the Clerk's Office in Atlanta. Failure to pay filing fees results in additional collection proceedings. **Please return payment to:**

   U.S. Bankruptcy Court
   ATTN: Lynn Saunders
   1340 U.S. Courthouse
   75 Ted Turner Drive, SW
   Atlanta, Georgia 30303

   If you have questions, or require additional information, please contact Gina Gow at 404.215.1131.

   Sincerely,

   M. Regina Thomas
   Clerk of Court
   U.S. Bankruptcy Court

cc:  Office of the United States Trustee
     Charles E. Taylor

Form nff

United States Bankruptcy Court
Northern District of Georgia

```
In re:                                                              Case No. 15-70776-jrs
Christian M. Bond                                                   Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 113E-9          User: admin             Page 1 of 2           Date Rcvd: Mar 15, 2016
                              Form ID: nff            Total Noticed: 4
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 17, 2016.
```
db             Christian M. Bond,   210 Fairclift Dr,   Covington, GA  30016-1237
ust           +U.S. Trustee - MAC,   440 Martin Luther King Jr. Boulevard,   Suite 302,   Macon, GA 31201-7987
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust            E-mail/Text: ustpregion21.at.ecf@usdoj.gov Mar 15 2016 21:27:51
               Office of the United States Trustee,   362 Richard Russell Building,
               75 Ted Turner Driveeet, SW,   Atlanta, GA  30303
ust           +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Mar 15 2016 21:27:51
               Office of the United States Trustee,   362 Richard Russell Building,   75 Ted Turner Drive, SW,
               Atlanta, GA 30303-3315
                                                                                              TOTAL: 2
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
ust*          +Office of the United States Trustee,   362 Richard Russell Building,   75 Ted Turner Drive, SW,
               Atlanta, GA 30303-3315
ust*          +Office of the United States Trustee,   362 Richard Russell Building,   75 Ted Turner Drive, SW,
               Atlanta, GA 30303-3315
ust*          +Office of the United States Trustee,   362 Richard Russell Building,   75 Ted Turner Drive, SW,
               Atlanta, GA 30303-3315
ust*          +Office of the United States Trustee,   362 Richard Russell Building,   75 Ted Turner Drive, SW,
               Atlanta, GA 30303-3315
ust*          +Office of the United States Trustee,   362 Richard Russell Building,   75 Ted Turner Drive, SW,
               Atlanta, GA 30303-3315
ust*          +Office of the United States Trustee,   362 Richard Russell Building,   75 Ted Turner Drive, SW,
               Atlanta, GA 30303-3315
ust*          +Office of the United States Trustee,   362 Richard Russell Building,   75 Ted Turner Drive, SW,
               Atlanta, GA 30303-3315
ust*          +Office of the United States Trustee,   362 Richard Russell Building,   75 Ted Turner Drive, SW,
               Atlanta, GA 30303-3315
ust*          +Office of the United States Trustee,   362 Richard Russell Building,   75 Ted Turner Drive, SW,
               Atlanta, GA 30303-3315
ust*          +Office of the United States Trustee,   362 Richard Russell Building,   75 Ted Turner Drive, SW,
               Atlanta, GA 30303-3315
ust*          +Office of the United States Trustee,   362 Richard Russell Building,   75 Ted Turner Drive, SW,
               Atlanta, GA 30303-3315
ust*          +Office of the United States Trustee,   362 Richard Russell Building,   75 Ted Turner Drive, SW,
               Atlanta, GA 30303-3315
ust*          +Office of the United States Trustee,   362 Richard Russell Building,   75 Ted Turner Drive, SW,
               Atlanta, GA 30303-3315
ust*          +Office of the United States Trustee,   362 Richard Russell Building,   75 Ted Turner Drive, SW,
               Atlanta, GA 30303-3315
ust*          +Office of the United States Trustee,   362 Richard Russell Building,   75 Ted Turner Drive, SW,
               Atlanta, GA 30303-3315
ust*          +Office of the United States Trustee,   362 Richard Russell Building,   75 Ted Turner Drive, SW,
               Atlanta, GA 30303-3315
ust*          +Office of the United States Trustee,   362 Richard Russell Building,   75 Ted Turner Drive, SW,
               Atlanta, GA 30303-3315
ust*          +Office of the United States Trustee,   362 Richard Russell Building,   75 Ted Turner Drive, SW,
               Atlanta, GA 30303-3315
ust*          +Office of the United States Trustee,   362 Richard Russell Building,   75 Ted Turner Drive, SW,
               Atlanta, GA 30303-3315
ust*          +Office of the United States Trustee,   362 Richard Russell Building,   75 Ted Turner Drive, SW,
               Atlanta, GA 30303-3315
ust*          +Office of the United States Trustee,   362 Richard Russell Building,   75 Ted Turner Drive, SW,
               Atlanta, GA 30303-3315
ust*          +Office of the United States Trustee,   362 Richard Russell Building,   75 Ted Turner Drive, SW,
               Atlanta, GA 30303-3315
ust*          +Office of the United States Trustee,   362 Richard Russell Building,   75 Ted Turner Drive, SW,
               Atlanta, GA 30303-3315
                                                                                 TOTALS: 0, * 23, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 113E-9              User: admin                Page 2 of 2                   Date Rcvd: Mar 15, 2016
                                  Form ID: nff               Total Noticed: 4
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2016                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 15, 2016 at the address(es) listed below:
NONE.                                                                                            TOTAL: 0
```